**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                   **Case No.  5:11cr46-MW/EMT
                                                                            5:15cv146-MW/EMT**

**SARA MARI HOEHN.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation, ECF No. 142, and has also reviewed *de novo* Petitioner's

objections to the report and recommendation, ECF No. 147.

Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's

objections, as this Court's opinion. In her objections, Defendant does not address the

Magistrate's report and recommendation but instead raises an issue regarding her

sentence based on Amendment 794 to U.S.S.G. § 3B1.2.  This claim is without merit.

*E.g.*, *Hernandez v. United States*, 2017 WL 2465014, at \*2 (S.D. Ca. June 7, 2017).

The Clerk shall enter judgment stating, "The Motion under 28 U.S.C. § 2255 to

Vacate, Set Aside, or Correct Sentence, ECF No. 122, is **DENIED**. A Certificate of

Appealability is **DENIED**." The Clerk shall close the file.

      **SO ORDERED on March 24, 2018.**

                                      **s/Mark E. Walker**
                                      **United States District Judge**