# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 5:11cr46-MW/MAL
 5:22cv165-MW/MAL

SARA MARI HOEHN,

*Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 188. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 188, is **accepted and adopted** as this Court's opinion. The Government's motion to dismiss, ECF No. 184, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 181, is **DISMISSED** for lack of jurisdiction." The Clerk shall close the file.

**SO ORDERED on September 5, 2023.**

s/Mark E. Walker                    
**Chief United States District Judge**