**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**vs.**                                        **Case No. 5:11CR46-MW-2**

**SARA M. HOEHN,**
      **Defendant.**
_____/

## UNOPPOSED MOTION FOR REDUCTION IN SENTENCE

COMES NOW, Defendant SARA M. HOEHN, by and through undersigned counsel, pursuant to 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10, and hereby moves this Court to reduce her term of imprisonment from 289 months to 255 months' imprisonment.

Amendment 821 to the United States Sentencing Guidelines went into effect on November 1, 2023. Part A of the Amendment amended the previous two-point upward adjustment for defendants who committed their offenses while under another criminal sentence. Under what is now USSG § 4A1.1(e), a defendant now only receives one status point, and only when she received seven points or more under § 4A1.1 (a) through (d). The Commission went further and determined that change should be applied retroactively. Ms. Hoehn qualifies for the retroactive

application of the elimination of her status points and the Court should exercise its discretion to reduce her imprisonment sentence.

***Original Sentencing***

Ms. Hoehn was originally convicted of two counts of conspiracy to manufacture and possess with intent to distribute 500 grams or more of methamphetamine, and one count of possession of a firearm in furtherance of a drug trafficking crime. She was held accountable for 734.2 grams of a mixture containing methamphetamine.

Ms. Hoehn faced a statutory mandatory minimum of ten years on both drug counts. She was also subject to a 10-year consecutive minimum mandatory on the firearm charge. Ms. Hoehn scored three criminal history points, placing her in criminal history category II. That, combined with an offense level 35, resulted in a guidelines range of 188 to 235 on the two drug counts, plus the mandatory minimum of 120-month on the firearm charge. The resulting guidelines range was 308 to 355 months' imprisonment. She was sentenced to 211 months on counts one and two, followed by the 120 months on count three, for a total of 331 months' imprisonment.

*Amendment 782 Proceedings*

After the passage of USSG Amendment 782, Ms. Hoehn was eligible to have her sentence reduced. Her new offense level was 33, combined with the same criminal history category of II. The new guidelines range was 271 to 308 months' imprisonment. Ms. Hoehn was sentenced to 169 months on the drug counts, to be followed by 120 months on the firearm charge, for a total of 289 months imprisonment.

*Amendment 821 Impact*

Today, as a result of Amendment 821, Ms. Hoehn would no longer receive two status points, placing her in criminal history category I. Her new guidelines range on the drug charges would be 135 to 168 months' imprisonment, followed by the 120 months on the firearm charge, for a total of 255 to 288 months imprisonment.

In their Amendment 821 memorandum, the United States Probation Office advised they determined Ms. Hoehn is eligible for a reduction in sentence. During her time in prison Ms. Hoehn does not pose any identifiable public safety concerns. Furthermore, Ms. Hoehn has gone almost ten years without a disciplinary infraction. While incarcerated she has earned her GED and has completed additional educational courses and works in the commissary.

Assistant United States Attorney Robert Davies advised undersigned counsel that the government agrees Ms. Hoehn is eligible for relief and leaves to the Court's discretion whether to reduce her sentence.

**WHEREFORE**, pursuant to 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10, Ms. Hoehn respectfully request the Court exercise its discretion to reduce her total term of imprisonment sentence from 289 months to 255 months.

Respectfully submitted,

JOSEPH F. DEBELDER
FEDERAL PUBLIC DEFENDER

*s/Megan Saillant*
MEGAN SAILLANT
Assistant Federal Public Defender
Fla. Bar No. 42092
101 SE 2nd Place, Suite 112
Gainesville, Florida 32601
Telephone: (352) 373-5823
Email: Megan_Saillant@fd.org
Attorney for Appellant

4

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned counsel conferred with Assistant United States Attorney Robert Davies and the government agrees Mr. Hall is eligible for relief and does not oppose this motion. This motion has 721 words.

/s/ *Megan Saillant*
MEGAN SAILLANT


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via ECF to Robert Davis, Assistant United States Attorney, 21 East Garden Street, Suite 400, Pensacola, FL, this 22nd day of February 2024.

/s/ *Megan Saillant*
MEGAN SAILLANT

5