IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.

SARA MARI HOEHN,
    Reg. No. 21278-017,

    Defendant.
_____/

Case No. 5:11cr46-MW/MAL-2

## NOTICE OF APPEAL

COMES NOW the Defendant, Sara Mari Hoehn, hereby give notice of her appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order (doc. 208).

Respectfully submitted,

**SARA MARI HOEHN**

*/s/ Sara Mari Hoehn*

June 20, 2024

FILED USDC FLND PN
JUN 24 '24 AM11:16

## CERTIFICATE OF SERVICE

I, Sara Mari Hoehn hereby certify that on this 20th day of June, 2024, the enclosed notice of appeal, was mailed to the following parties:

>United States District Court Clerk
>1 N Palafox St,
>Pensacola, FL 32502

>United States Attorney's Office
>1001 E Highway 98
>Panama City, FL 32401

Signed this 20th day of June 2024.

SARA MARI HOEHN

*[signature: Sara Mari Hoehn]*



Sara Mari Hoehn #21278-017
FCI Marianna
P.O. Box 7006
Marianna, FL 32447

United States District Court
1 N Palafox St.
Pensacola, Fl 32502